Cause No. _____

IN THE THRID COURT OF APPEALS

KARL STAHMANN
Appellant

V.

THE STATE OF TEXAS

§
§
§
§
§
§
§

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 1:50:56 PM
JEFFREY D. KYLE
Clerk
03-15-00068-CR

## APPELLANT'S MOTION FOR LEAVE TO WITHDRAW

The Appellant has retained J. Deniz Kadirhan as counsel in this case. Ms. Kadirhan's mailing address is 2312 Western Trails Blvd, suite 102-A, Austin, Texas 78745. Ms. Kadirhan's phone number is (512) 496-4561. Ms. Kadirhan's State Bar of Texas identification number is 24086500. Appellant requests that J. Deniz Kadirhan be allowed to substitute in the place of Charles Baird.

Respectfully submitted,

*Charles F. Baird*

**Charles F. Baird**
TBA # 24086500
2312 Western Trails Blvd, Suite 102-A
Austin, TX 78745-1677
Tel: (512) 804-5911
Email: jcfbaird@gmail.com

## CERTIFICATE OF SERVICE

A copy of the foregoing **APPELLANT'S MOTION FOR LEAVE TO WITHDRAW** was delivered to Karl Stahmann via certified and first-class mail and the State on 11/4/15.

_Charles F. Baird_

**Charles F. Baird**

Cause No. _____

KARL STAHMANN
Appellant

§
§
V.                                        §          03-15-00068-CR
§
§
§
THE STATE OF TEXAS           §


## ORDER


The **APPELLANT'S MOTION FOR LEAVE TO WITHDRAW** is hereby

**GRANTED**.  J. Deniz Kadirhan is hereby recognized as the attorney of record.

SIGNED AND ENTERED on November _____, 2015.


_____
Judge Presiding